In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00229-CV
_____

**MICHAEL WAYNE HANCOCK, Appellant**

**V.**

**NANCY ANN HANCOCK, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV1712358**

**MEMORANDUM OPINION**

Michael Wayne Hancock (Hancock) appealed from an order signed on June 22, 2018. Despite written notices from this Court and an opportunity to cure, Hancock has neither established indigence, nor paid the filing fee in his appeal. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. R. Civ. P. 145. On September 20, 2018, we notified the parties that the appeal would be dismissed unless Hancock paid the filing fee. Hancock provided an inmate account statement. On October 12, 2018, we mailed a copy of the form Statement of Inability to Afford Costs to Hancock and

notified him that he must return the properly completed and executed form by October 26, 2018. On October 31, 2018, we again notified Hancock that he has failed to comply with the notices of the Court and that on any date after November 15, 2018, his appeal would be dismissed without further notice unless he paid the filing fee.

The appellant has failed to comply with the notices from the clerk requiring action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed. Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on December 5, 2018
Opinion Delivered December 6, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.